UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dickinson R. Debevoise |
| v. | : | Crim. No. 07-510 (DRD) |
| UNDRA CROSBY | : | O R D E R |

This matter having come before the Court on the petition of the United States Probation Office for a hearing regarding the failure of defendant Undra Crosby (Robert J. Haney, Esq., appearing) to comply with conditions of supervised release imposed on May 19, 2008; and the defendant having entered a guilty plea on October 29, 2010 to having violated a condition of his supervised release as set forth in Violation No. 4 of the Petition for Warrant for Offender, which required that he submit to urinalysis or other forms of testing to ensure compliance; and for good cause shown;

IT IS on this __12th__ day of ~~October~~ November, 2010,

ORDERED that the defendant Undra Crosby is adjudged guilty of having violated a condition of his supervised release as set forth in Violation No. 4 of the Petition, which required that he submit to urinalysis or other forms of testing to ensure compliance;

IT IS FURTHER ORDERED that the previously imposed term of Supervised Release is revoked and defendant Undra Crosby is committed to the custody of the Bureau of Prisons for a term of 3

months;

IT IS FURTHER ORDERED that, upon release from imprisonment, defendant Undra Crosby shall be placed on supervised release for a term of 1 year;

IT IS FURTHER ORDERED that, while on supervised release, all standard conditions of supervised release apply, and in addition, defendant Undra Crosby shall abide by the following special conditions:

(1) Within 72 hours of release from custody of the Bureau of Prisons, the defendant shall report in person to the Probation Office in the district to which the defendant is released;

(2) The defendant shall submit to one drug test within 15 days of commencement of supervised release and at least two tests thereafter as determined by the probation officer;

(3) The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance.  It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office.  The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office;

(4) The defendant is to refrain from associating with, or being in the company of, any members of the Crips street gang, or members of any other street gang.  The defendant shall be

restricted from frequenting any location where the Crips street gang members are known to congregate or meet; shall not wear, display, use, or possess any insignia, emblem, logo, jewelry, cap, hat, bandana, shoelace, or any article of clothing which has any Crips significance or is evidence of affiliation with, or membership in the Crips street gang;

(5) The defendant shall cooperate in the collection of DNA as directed by the probation officer; and

(6) The defendant shall not enter the vicinity of the Crescent Lane Housing Projects located in Irvington, New Jersey.

HONORABLE DICKINSON R. DEBEVOISE
United States District Judge